(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Western District of New York | **Voluntary Petition** |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fuierer, Edward N.** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA ENF Builders** | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-6058** | | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**225 Pine Hill Road**<br>**Spencerport, NY 14559** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Monroe** | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business    ☐ Business | | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)      THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Fuierer, Edward N.**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward N. Fuierer**
Signature of Debtor **Edward N. Fuierer**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 11, 2005**
Date

### Signature of Attorney

X **/s/ John A. Belluscio, Esq.**
Signature of Attorney for Debtor(s)
**John A. Belluscio, Esq.**
Printed Name of Attorney for Debtor(s)
**John A. Belluscio, Esq.**
Firm Name
**One East Main Street, Suite 400**
**Rochester, NY 14614**
Address
**Email: jbelluscio@choiceonemail.com**
**(585) 454-4635  Fax: (585) 454-1162**
Telephone Number
**March 11, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ John A. Belluscio, Esq.**      **March 11, 2005**
Signature of Attorney for Debtor(s)     Date
**John A. Belluscio, Esq.**

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Bank One
P.O. Box 15153
Wilmington, DE 19886


Camac Builders Supply
186 Norman Street
Rochester, NY 14613


CEM Heating & Cooling
101 E. Bank Street
Albion, NY 14411


Citimortgage, Inc.
P.O. Box 790001
MS 301
Saint Louis, MO 63179


Dolomite Products
1150 Penfield Road
Rochester, NY 14625


DTT Insulation & Drywall, LLC
228 Pesh Homes Trail
Brockport, NY 14420


Felluca Overhead Door Co.
1674 Norton Street
Rochester, NY 14609


Gary Wahlers Electric
185 Magee Avenue
Rochester, NY 14613


Gates Electric Supply
53 Marinay Circle
Rochester, NY 14624


Germeo Excavating
16011 E. Lee Road
Holley, NY 14470


GMAC Payment Processing Center
P.O. Box 830069
Baltimore, MD 21283

Guigfoil Plumbing & Heating
4849 Everdyke Road
Williamson, NY 14589


Hamlin Sand & Gravel
Box 24
Hamlin, NY 14464


Hi-Qual Materials
148 E. Ridge Road
Rochester, NY 14621


HSBC Mortgage Corp.
Suite 0241
Buffalo, NY 14270


J&J Contractors
149 Myrtle Street
Rochester, NY 14606


James Northrup
32 Sweden Hill Road
Brockport, NY 14420


Jeff Coniber Trucking
8738 North Street Road
Le Roy, NY 14482


Joseph Messore
26 Osage Trail
Spencerport, NY 14559


K. David Sielaff
180 Erie Street
Brockport, NY 14420


Lowe's
Box 981084
El Paso, TX 79998


Maier Land Surveying
183 Huffer Road
Hilton, NY 14468

Manitou Concrete
1150 Penfield Road
Rochester, NY 14625


Matthews & Field Lumber
120 Stonewood Avenue
Rochester, NY 14616


MIG
100 Ontario Street
East Rochester, NY 14445


Monarch Sand & Gravel
68 Pine Hill Road
Spencerport, NY 14559


Orleans Sand & Gravel
966 Clarkson Parma Town Line Road
Hilton, NY 14468


PDS Construction
700 Cook Road
Hamlin, NY 14464


Pete Dean Masonry
3 N. Main Street
Holley, NY 14470


Premier Cab. Wholesalers
33 Arthur Street
Rochester, NY 14621


Relin, Goldstein & Crane, LLP
28 East Main Street, Suite 1800
Rochester, NY 14614


Residential Steel Services
500 Lee Road
Rochester, NY 14606


Ridge Lumber
610 Hollenbeck Street
Rochester, NY 14621

Walter Johnson Masonry
9562 Perry Road
Le Roy, NY 14482


Weckessor Brick
450 Trabold Road
Rochester, NY 14624


Westside Developers
1266 Hilton Parma Corners Road
Hilton, NY 14468


Westside Tree Surgeons
12673 Ridge Road W.
Albion, NY 14411